NOTICE
«TRACK»

NO. 65014

THE STATE OF TEXAS

IN THE 300TH DISTRICT COURT

VS.

OF

JUAN RUBEN GARCIA

BRAZORIA COUNTY, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/13/2015 11:39:42 AM
CHRISTOPHER A. PRINE
Clerk

NOTICE OF ASSIGNMENT ON APPEAL

ON THE 12TH day of JANUARY, 2015, the defendant in the above styled and numbered cause excepted to the order of the Court in said cause and gave Notice of Appeal to the Court of Appeals, FIRST Judicial District.

Date of Judgment or Other Order Appealed From: 10/20/14

Date of Sentencing: 10/20/14

Name of Trial Court Judge: K. RANDALL HUFSTETLER

Name of Court Reporter: RENEE RAPE

Name and Address of Defense Attorney on Appeal:
STANLEY G. SCHNEIDER (RETAINED)
440 LOUISIANA, SUITE 800
HOUSTON, TEXAS 77002

Name and Address of Attorney for the State on Appeal:
Jeri Yenne, District Attorney
Brazoria County Courthouse
111 East Locust, Suite 408-A
Angleton, TX 77515

Defendant Incarcerated? UNKNOWN
(possibly held by U.S. Immigration & Customs Enforcement)

Motion for New Trial Filed? 11/17/14

Appeal Bond: N/A Date N/A

Offense and Punishment: AGGRAVATED SEXUAL ASSAULT OF A CHILD; CRIMINAL EPISODE; Ten (10) YEARS – TDCJ-ID

RHONDA BARCHAK, District Clerk

By /S/ KATHLEEN MCDOUGALD
Deputy